BEFORE THE FIRST DIVISION, MARCH 9, 1959

**No. 62814.**—Robinson Import Export Corp. et al. *v.* United States, protests 289536–K, etc. (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the items marked "A" and "B" consist of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the items marked "A" were held dutiable at 20 percent under paragraph 412, as modified by T.D. 51802, and the items marked "B" at 19 percent under said paragraph, as modified by T.D. 54108.